JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAND WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>LEROY D. BACA, et al.,<br><br>　　　　Respondent. | Case No. CV 11-8232-JVS (MLG)<br><br>JUDGMENT |

　　IT IS ADJUDGED that the petition is dismissed.

Dated: 12-1, 11

_____
James V. Selna
United States District Judge